[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15203
Non-Argument Calendar
_____

D.C. Docket No. 4:11-cr-00061-BAE-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS JEROME JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia
_____

(September 11, 2012)

Before CARNES, WILSON and ANDERSON, Circuit Judges

PER CURIAM:

Solomon Amusan, appointed counsel for Thomas Jerome Johnson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.